WR-38,198-04
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/24/2015 6:54:53 PM
Accepted 9/25/2015 7:54:20 AM
ABEL ACOSTA
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS
# IN AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

September 25, 2015

ABEL ACOSTA, CLERK

_____ )
 )
EX PARTE JULIUS MURPHY,          )
 )      WRIT NO. _____
APPLICANT                        )
 )
_____ )

## AMENDED MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW, Kathryn Marshall Ali, Esq. ("Movant"), and moves for admission to appear *PRO HAC VICE* in the captioned proceeding as counsel for Applicant, Julius Murphy. I respectfully certify as follows:

1.      Movant is an attorney and a member of the law firm of Hogan Lovells US LLP, located at 555 Thirteenth Street NW, Washington, DC 20004, telephone number (202) 637-5600, facsimile number (202) 637-5910, email address kathryn.ali@hoganlovells.com.

2.      Local counsel of record associated with Movant in this matter is Sarah M. Cummings of Norton Rose Fulbright US LLP, Texas Bar No. 24094609, who has offices at 2200 Ross Avenue, Suite 3600, Dallas, Texas 75201, telephone number (214) 855-8000, facsimile number (214) 855-8200, email address sarah.cummings@nortonrosefulbright.com. Local counsel has filed a motion stating that Kathryn Marshall Ali is a reputable attorney and recommends that she

- 1 -

be granted permission to participate in the aforementioned proceeding before the Court. *See* Attached Exh. "A."

3.    Movant has not participated or sought to participate in Texas Courts within the past two (2) years.

4.    Movant presently is licensed in the following jurisdictions:

- California
- District of Columbia

5.    Movant has been admitted to practice before each of the following federal courts:

- Supreme Court of the United States
- United States Court of Appeals for the Fourth Circuit
- United States Court of Appeals for the Fifth Circuit
- United States Court of Appeals for the Ninth Circuit
- United States Court of Appeals for the Eleventh Circuit
- United States Court of Appeals for the District of Columbia
- United States District Court for the Northern District of California
- United States District Court for the Eastern District of California
- United States District Court for the District of Columbia
- United States District Court for the Southern District of Illinois
- United States District Court for the Northern District of Illinois

6.    Movant is a member in good standing in each of the jurisdictions and federal courts identified in the preceding paragraphs.

7.    Movant has not been the subject of disciplinary action by the Bar or courts of any jurisdiction in which she is licensed within the preceding five years.

8.     Movant has not been denied admission to the courts of any State or to any federal court within the preceding five years.

9.     Movant is familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas, and will at all times abide by and comply with the same so long as such Texas proceeding is pending and said Movant has not withdrawn as counsel therein.

10.     Movant attaches as "Exhibit B" the Acknowledgment Letter from the Board of Law Examiners of Texas. *See* Exh. "B."

11.     Movant respectfully requests to be admitted to practice in the Texas Court of Criminal Appeals, Austin, Texas for this cause.

I, Kathryn Marshall Ali, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter, that I have read the foregoing Motion and know the contents thereof, and the contents are true and correct to my own knowledge and belief.

SIGNED this 24 day of September, 2015.

Respectfully submitted,

KATHRYN MARSHALL ALI
*pro hac vice application pending*
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tel: 202.637.5600
Fax: 202.637.5910
kathryn.ali@hoganlovells.com

*Counsel for Julius Murphy*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24 day of September, 2015, I served via Federal Express a true and correct copy of the foregoing pleading, with attached exhibits, upon opposing counsel, Bowie County District Attorney, Jerry D. Rochelle, and Assistant Attorney General of Texas, Jefferson David Clendenin.

Bowie County District Attorney's Office
Bowie County Plaza
601 Main Street
Texarkana, TX 75501

Jefferson David Clendenin
Assistant Attorney General
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711

Kathryn Marshall Ali

- 4 -

# EXHIBIT

# A

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS
## IN AUSTIN, TEXAS

EX PARTE JULIUS MURPHY,      )
                           )
                           )    WRIT NO. _____
      APPLICANT          )
                           )

## MOTION OF RESIDENT ATTORNEY SARAH M. CUMMINGS REQUESTING ADMISSION *PRO HAC VICE* OF NONRESIDENT ATTORNEY KATHRYN MARSHALL ALI

COMES NOW, Resident Practicing Attorney Sarah M. Cummings of Norton Rose Fulbright US LLP, 2200 Ross Avenue, Suite 3600, Dallas, Texas 75201, and hereby moves for the admission *pro hac vice* of Kathryn Marshall Ali ("Nonresident Attorney") in the captioned proceeding as counsel for Applicant, Julius Murphy. The undersigned represents to this honorable Court that Nonresident Attorney is a reputable attorney and recommends that she be granted permission to participate in the above-captioned matter before the Court.

SIGNED this 23rd day of September, 2015.

Respectfully submitted,

*/s/ Sarah M. Cummings*

SARAH M. CUMMINGS
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Tel: 214.855.8000
Fax: 214.855.8200
Texas Bar No.: 24094609
sarah.cummings@nortonrosefulbright.com

*Counsel for Julius Murphy*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2015, I served via Federal Express a true and correct copy of the foregoing pleading upon opposing counsel:

Jerry D. Rochelle
Bowie County District Attorney
Bowie County Plaza
601 Main Street
Texarkana, TX 75501

Jefferson Clendenin
Assistant Attorney General
Office of the Attorney General of Texas
P.O. Box 12548
Austin, Texas 78711

*/s/ Sarah M. Cummings*
Sarah M. Cummings

# EXHIBIT

# B

# Board of Law Examiners
Appointed by the Supreme Court of Texas

## Non-Resident Acknowledgment Letter
September 23, 2015

KATHRYN MARSHALL ALI

C/O HOGAN LOVELLS US LLP

555 THIRTEENTH STREET NW

WASHINGTON DC 20004-

Application Received: 9/23/15

Cause/Texas Court of Record: #WR-38,198-04 TEXAS COURT OF CRIMINAL APPEALS

FROM: Ky Strunc, Assistant Director, Eligibility & Examination, 512-463-5414

This letter acknowledges receipt of your Application for Pro Hac Vice admission and serves as your Proof of Payment of Fee.

Filing the Application for Pro Hac Vice Admission and fee is the mandatory first step in your request for permission to participate in proceedings in a Texas Court. The next step is to file a sworn motion, in compliance with Rule XIX of the current *Rules Governing Admission to the Bar of Texas*, in the Texas Court in which you request to participate, which must be accompanied by this acknowledgment letter. The decision to grant or deny your application is ultimately made by the Texas Court in which you request to participate.

Mailing Address

Post Office Box 13486     Telephone: 512-463-1621     Facsimile: 512-463-5300     WebSite: www.ble.state.tx.us

Austin, Texas 78711-3486

Street Address

205 West 14th Street, 5th Floor

Austin, Texas 78701